**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER STREET, 5TH FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

February 26, 2010

Hon. Marianne B. Bowler
United States Magistrate Judge
United States District Court, District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re: *United States v. Lawrence Perlmutter, et al.,* 10-mj-00863-MBB

Dear Magistrate Judge Bowler:

    I write to update the court as to the status of the Boynton Beach property. Ms. Perlmutter has done the necessary paperwork to encumber the property. With this letter, I submit to the Court an "Escrow Agreement," executed by the Defendant's mother, Irma Perlmutter, yesterday. I have on this date supplied copies of this Agreement, as well as a Mortgage, and a Quitclaim deed, all executed by Ms. Perlmutter, to the government. In addition, I forwarded a document certifying the property is otherwise free of encumbrances.[1]

    Counsel for Ms. Perlmutter has sent me the originals of these documents, and I expect to receive them early next week, at which point I will deliver them to the government, and then to the Court. It is my understanding the mortgage has been or will shortly be recorded, and will be available in the public database of the Palm Beach County clerk by Thursday of next week.

                        Sincerely yours,

                        */s/ Ian Gold*
                        Ian Gold, Esq.

encl.

---

[1] I certify, pursuant to Local Rule 5.2, that this letter to the Court is hereby served on the government through the ECF system.

## ESCROW AGREEMENT

ESCROW AGREEMENT entered into this  25  day of February 2010, among Irma Perlmutter (herein "Surety"), Carmen M. Ortiz, in her official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Sarah A. Thornton, in her official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of Lawrence Perlmutter (herein "Defendant") in Criminal No. 10-863-MBB, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated February 10, 2010, and entered by the Honorable Marianne B. Bowler, United States Magistrate Judge, and has agreed to execute a personal bond in the amount of $250,000 (two hundred fifty thousand dollars ) (herein "Personal Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1. The Surety shall execute a quitclaim deed to the parcel of real property located at 5842 Crystal Shores Drive, Unit 103, Boynton Beach, Florida, 33437 in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Personal Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

    a. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. 10-863-MBB or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. 10-863-MBB is expressly waived by the Surety.

    b. This Agreement shall terminate upon the final disposition of Criminal No. 10-863-MBB and written discharge of the bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

4. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

5. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

CARMEN M. ORTIZ,
UNITED STATES ATTORNEY

By: _____
Asst. U.S. Attorney

SURETIES:

*/s/ Irma Perlmutter*
Irma Perlmutter

_____

---

STATE OF FLORIDA
COUNTY OF PALM BEACH

On this 25th day of February_____, in the year 2010, before me, the undersigned notary public in and for said State, personally appeared Irma Perlmutter, personally known to me or proved to me through satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public (Signature)

_____
Notary Public (Print)

GEORGE W. MATHEWS, III
MY COMMISSION # DD 709054
EXPIRES: December 5, 2011
Bonded Thru Notary Public Underwriters